LA BELLE, Respondent, v. ABERDEEN FURNACE COMPANY, Appellant.

(244 N. W. 264.)

(File No. 7434.  Opinion filed September 16, 1932.)

*Gorsuch & Huntsinger,* of Aberdeen, for Appellant.

*P. J. Maloney,* of Aberdeen, for Respondent.

PER CURIAM. In this case certified copy of notice of appeal and notice of settlement of record were filed in this court on June 1, 1932. Since that time no further steps have been taken in this court and no brief has been filed in behalf of the appellant. The appeal is therefore deemed abandoned, and the order appealed from is affirmed.

All the Judges concur.